# EXHIBIT A

**Combe-DuQuet, Alivia**

---

**From:**      Ryan Weiner <rweiner@aguilarbentley.com>
**Sent:**      Monday, September 8, 2025 7:41 PM
**To:**        Combe-DuQuet, Alivia; Julianne Bagley
**Cc:**         Garza, Ruben C.; Nicholas, Jim; Mead, Brian
**Subject:**   Re: RapDev v. NoBS - Unredacted Opposition to Motion to Quash and Cross-Motion to Compel

**[ External Email ]**

Ms. Combe-DuQuet:

Thanks for your email.

We have asked RapDev's counsel on two separate occasions for a call to discuss any particular concerns you may have.  You declined both times.

Defendants have not used a settlement communication in an improper way under FRE 408, which does not provide a blanket prohibition but rather has limited scope.  *See Peek v. Nationstar Mortg., LLC,* 2017 WL 7039179, at *1 (D.N.H. Sept. 22, 2017).

RapDev's mere inclusion in the communication of the manner in which it intends to calculate damages against defendants in this action falls outside that limited scope.  Clearly, this is information that RapDev was required to have already disclosed to Defendants, but did not.

If you believe you have caselaw or other authority to the contrary, we are of course willing to consider it.

Best regards,
Ryan Weiner

---

**From:** "Combe-DuQuet, Alivia" <aduquet@mwe.com>
**Date:** Monday, September 8, 2025 at 6:59 PM
**To:** Ryan Weiner <rweiner@aguilarbentley.com>, Julianne Bagley <jbagley@aguilarbentley.com>
**Cc:** "Garza, Ruben C." <rgarza@mwe.com>, "Nicholas, Jim" <jnicholas@mwe.com>, "Mead, Brian" <Bmead@mwe.com>
**Subject:** RE: RapDev v. NoBS - Unredacted Opposition to Motion to Quash and Cross-Motion to Compel

**EXTERNAL MESSAGE**

Ryan,

We have provided you with authority—FRE 408.  This was more than a cursory reference; we explained precisely how your filing violates FRE 408.   It is, moreover, your burden under FRCP 11 and as the party seeking to use the confidential settlement communication to show that it is being used for a proper purpose. *See* Committee Notes to the 2011 Amendment of FRE 408.

You apparently cannot meet your burden as you have shown you have no substantive response other than "we disagree."

We will file our motion to strike by **9am CT** tomorrow unless your papers are withdrawn.  Judge Cabell can decide the propriety of your actions.

Best,

**Alivia Combe-DuQuet (she/her)**
Associate

**T:** +1 312 899 8489
aduquet@mwe.com | LinkedIn

McDermott Will & Schulte LLP | mwe.com
444 West Lake Street, Suite 4000, Chicago, IL 60606



**From:** Ryan Weiner <rweiner@aguilarbentley.com>
**Sent:** Monday, September 8, 2025 5:03 PM
**To:** Combe-DuQuet, Alivia <aduquet@mwe.com>; Julianne Bagley <jbagley@aguilarbentley.com>
**Cc:** Garza, Ruben C. <rgarza@mwe.com>; Nicholas, Jim <jnicholas@mwe.com>; Mead, Brian <Bmead@mwe.com>
**Subject:** Re: RapDev v. NoBS - Unredacted Opposition to Motion to Quash and Cross-Motion to Compel

**[ External Email ]**
Ms. Combe-DuQuet:

Thank you for your email.

RapDev has asked NoBS to provide legal authority for its position, yet has offered none itself beyond a cursory reference to FRE 408.

We maintain that the opposition/motion is consistent with the governing rules.  However, as you seem to believe otherwise, we ask that you first identify specific caselaw that you contend supports RapDev's position and planned motion.  While we disagree with your position, in the spirit of cooperation, we will of course review the caselaw you provide and, if appropriate, respond.

Do you think you can get that to us by Wednesday?

Best regards,
Ryan Weiner

**From:** "Combe-DuQuet, Alivia" <aduquet@mwe.com>
**Date:** Monday, September 8, 2025 at 2:41 PM
**To:** Ryan Weiner <rweiner@aguilarbentley.com>, Julianne Bagley <jbagley@aguilarbentley.com>
**Cc:** "Garza, Ruben C." <rgarza@mwe.com>, "Nicholas, Jim" <jnicholas@mwe.com>, "Mead, Brian" <Bmead@mwe.com>
**Subject:** RE: RapDev v. NoBS - Unredacted Opposition to Motion to Quash and Cross-Motion to Compel

**EXTERNAL MESSAGE**
Ryan,

Following up on Brian's email below. You stated that you disagreed factually and legally with our concerns that the admission of a confidential settlement communication violates FRE 408. We asked you to outline whatever factual points and legal authority you have that you believe warrants the disclosures and arguments you made.

As Brian stated below, we will agree to the withdrawal of the offending pleadings and your re-submission <u>without</u> any disclosure of or allusion to the contents of compromise negotiations.  If we do not receive this information or otherwise hear from you that Defendants will withdraw the offending pleadings by **5pm CT**, we will file a motion to strike.

Best,
Alivia

**Alivia Combe-DuQuet (she/her)**
Associate

**T:** +1 312 899 8489
aduquet@mwe.com | LinkedIn

McDermott Will & Schulte LLP | mwe.com
444 West Lake Street, Suite 4000, Chicago, IL 60606



---

**From:** Mead, Brian <Bmead@mwe.com>
**Sent:** Friday, September 5, 2025 12:46 PM
**To:** Ryan Weiner <rweiner@aguilarbentley.com>; Julianne Bagley <jbagley@aguilarbentley.com>
**Cc:** Garza, Ruben C. <rgarza@mwe.com>; Combe-DuQuet, Alivia <aduquet@mwe.com>; Nicholas, Jim <jnicholas@mwe.com>
**Subject:** RE: RapDev v. NoBS - Unredacted Opposition to Motion to Quash and Cross-Motion to Compel

Ryan,

FRE 408 does not permit the use of settlement communications to prove or disprove the validity or amount of a disputed claim or impeach by a prior inconsistent statement or a contradiction.  Your Motion does exactly that, using a confidential settlement communication from a continuation of the court ordered mediation, to attempt to impeach RapDev.  It cannot be a plainer violation.  For example, after detailing the settlement communication, the Motion states "RapDev should not be permitted to selectively disclose one aspect of a transaction that it believes benefits its position, while shielding the underlying facts from scrutiny."   Put differently, you are attempting to use a statement made during compromise negotiations about the claim as the impetus for your discovery requests.

You say you disagree factually and legally.  Please respond outlining whatever factual points and legal authority you have that you believe warrants the disclosures and arguments you made.

To be clear, we will agree to the withdrawal of the offending pleadings and your re-submission <u>without</u> any disclosure of or allusion to the contents of compromise negotiations.

Thanks,

**Brian Mead**
Partner

**T:** +1 312 984 6908 | **M:** +1 515 710 6229 | **F:** +1 312 984 7700

bmead@mwe.com | LinkedIn

McDermott Will & Schulte LLP | mwe.com
444 West Lake Street, Suite 4000, Chicago, IL 60606



**From:** Ryan Weiner <rweiner@aguilarbentley.com>
**Sent:** Friday, September 5, 2025 12:10 PM
**To:** Mead, Brian <Bmead@mwe.com>; Julianne Bagley <jbagley@aguilarbentley.com>
**Cc:** Garza, Ruben C. <rgarza@mwe.com>; Combe-DuQuet, Alivia <aduquet@mwe.com>; Nicholas, Jim <jnicholas@mwe.com>
**Subject:** Re: RapDev v. NoBS - Unredacted Opposition to Motion to Quash and Cross-Motion to Compel

**[ External Email ]**
Mr. Mead:

RapDev's demand that Defendants withdraw the entirety of their opposition and motion is not, in our view, a reasonable request.

As stated, we respectfully disagree with your position, both factually and legally.  Nevertheless, we remain available at your convenience to discuss any particular concerns you may have and we can go through them together.

Best regards,
Ryan Weiner

**From:** "Mead, Brian" <Bmead@mwe.com>
**Date:** Friday, September 5, 2025 at 12:13 PM
**To:** Ryan Weiner <rweiner@aguilarbentley.com>, Julianne Bagley <jbagley@aguilarbentley.com>
**Cc:** "Garza, Ruben C." <rgarza@mwe.com>, "Combe-DuQuet, Alivia" <aduquet@mwe.com>, "Nicholas, Jim" <jnicholas@mwe.com>
**Subject:** RE: RapDev v. NoBS - Unredacted Opposition to Motion to Quash and Cross-Motion to Compel

EXTERNAL MESSAGE
Ryan,

Our concerns are laid out in the email below. Given your response, I see no need for a call unless you're going to withdraw the requested documents below. If we don't hear from you confirming withdrawal by 12 pm CT, then we understand that you won't withdraw those documents and will proceed accordingly.

Thanks,

**Brian Mead**
Partner

**T:** +1 312 984 6908 | **M:** +1 515 710 6229 | **F:** +1 312 984 7700
bmead@mwe.com | LinkedIn

McDermott Will & Schulte LLP | mwe.com
444 West Lake Street, Suite 4000, Chicago, IL 60606



**From:** Ryan Weiner <rweiner@aguilarbentley.com>
**Sent:** Friday, September 5, 2025 11:01 AM
**To:** Mead, Brian <Bmead@mwe.com>; Julianne Bagley <jbagley@aguilarbentley.com>
**Cc:** Garza, Ruben C. <rgarza@mwe.com>; Combe-DuQuet, Alivia <aduquet@mwe.com>; Nicholas, Jim <jnicholas@mwe.com>
**Subject:** Re: RapDev v. NoBS - Unredacted Opposition to Motion to Quash and Cross-Motion to Compel

**[ External Email ]**
Mr. Mead:

Thank you for your email.

We respectfully disagree with your position, both factually and legally. Nevertheless, if there are particular concerns you would like to discuss, please feel free to call me at (516) 376-1935 and we can go through them together.

Best regards,
Ryan Weiner

**From:** "Mead, Brian" <Bmead@mwe.com>
**Date:** Thursday, September 4, 2025 at 5:10 PM
**To:** Sangbo Nam <snam@aguilarbentley.com>, Ryan Weiner <rweiner@aguilarbentley.com>, Julianne Bagley <jbagley@aguilarbentley.com>
**Cc:** "Garza, Ruben C." <rgarza@mwe.com>, "Combe-DuQuet, Alivia" <aduquet@mwe.com>, "Nicholas, Jim" <jnicholas@mwe.com>
**Subject:** RE: RapDev v. NoBS - Unredacted Opposition to Motion to Quash and Cross-Motion to Compel

**EXTERNAL MESSAGE**
Counsel,

We received your motion to seal and response to RapDev's motion to quash the Canaccord subpoena. We send this communication now demanding that you withdraw your motion to seal, response to RapDev's motion to quash, and all exhibits thereunder because your conduct violates Federal Rule of Evidence 408.

My July 30 email was a confidential settlement communication and explicitly marked as such. Every statement made therein was made for the purpose of reaching a settlement agreement and in relation to our calculation of damages *for the purpose of settlement*. Your response references this communication to (1) attempt to disprove the amount of RapDev's claimed damages and (2) attempt to impeach RapDev's calculation of its damages. Both uses of and references to this settlement communication directly violate FRE 408. There is no other purpose for which you are submitting this communication as evidence.

Redacting the communication is not sufficient because you described the communication in detail throughout your response, which was filed in the public record. Not only have you violated FRE 408, you also violated the Protective Order in this case by detailing confidential information in a public filing.

Please confirm receipt of this email, and let us know if you will be withdrawing your motion to seal, response to RapDev's motion to quash the Canaccord subpoena, and all exhibits thereunder by **tomorrow, September 5 at 12pm**. If you do not, we will move to strike your response and seek our fees in doing so.

Thanks,

**Brian Mead**
Partner

**T:** +1 312 984 6908 | **M:** +1 515 710 6229 | **F:** +1 312 984 7700
bmead@mwe.com | LinkedIn

McDermott Will & Schulte LLP | mwe.com
444 West Lake Street, Suite 4000, Chicago, IL 60606



---

**From:** Sangbo Nam <snam@aguilarbentley.com>
**Sent:** Tuesday, September 2, 2025 8:34 PM
**To:** Mead, Brian <Bmead@mwe.com>; Garza, Ruben C. <rgarza@mwe.com>; Combe-DuQuet, Alivia
<aduquet@mwe.com>; Nicholas, Jim <jnicholas@mwe.com>
**Cc:** Ryan Weiner <rweiner@aguilarbentley.com>; Julianne Bagley <jbagley@aguilarbentley.com>
**Subject:** RapDev v. NoBS - Unredacted Opposition to Motion to Quash and Cross-Motion to Compel

==[ External Email ]==
Counsel:

Please find attached the unredacted version of Defendants' Opposition to Plaintiff's Motion to Quash and/or For
Protective Order and Cross-Motion to Compel Discovery Against Canaccord Genuity, LLC.

Please let us know whether you consent to our sending Canaccord the unredacted version of the motion.

Best,
Sangbo Nam

# AGUILAR BENTLEY LLC

Sangbo Nam
5 Penn Plaza, 19th Floor
New York, NY 10001
Tel: 212.835.1521
snam@aguilarbentley.com • Cell: 347.224.7353
www.aguilarbentley.com

  

---

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a
law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified
that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly

prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information. Thank you.
*************************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.